JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MUNGUIA,<br><br>    Plaintiff,<br><br>    v.<br><br>STAFFMARK INVESTMENT LLC,<br><br>    Defendant. | Case No. 8:21-cv-00664-DOC-DFM<br><br>*[Assigned for all purposes to:*<br>*The Honorable David O. Carter]*<br><br>**STIPULATION TO DISMISS** [32]<br><br>Action Filed:   April 9, 2021<br>Trial Date:      June 13, 2022 |

### ORDER

Pursuant to the Parties' Joint Stipulation and Fed. R. Civ. P. 41(a)(1), this Action is dismissed without prejudice.

IT IS SO ORDERED:

DATE: December 16, 2021

_____
HON. DAVID O. CARTER
United States District Judge